John J. Smith
#1757775  19-2-3
3060 FM 3514
Stiles Unit
Beaumont Tx. 77705
Tr. Ct. No. 1234109-A
WR-82,501-01

82,501-01

Criminal Appeals
of
Texas
P.O. Box 12308 Capitol Station
Austin Texas
78711

1/26/15

Abel Acosta, Clerk

I was sent this letter from Chris Daniel stating the court 184th District Court has to follow these rules! Please address the court and let me know something. I have yet to hear from the court about my 11.07 Writ! I'm waiting on the facts and Conclusions.

Sincerely
John Smith
#1757775

Copy
Write

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 30 2015

Abel Acosta, Clerk



# CHRIS DANIEL
## HARRIS COUNTY DISTRICT CLERK

June 20, 2014

SMITH, JOHN JAMES
#1757775 - STILES UNIT
3060 FM 3514
BEAUMONT, TX 77705

RE: CAUSE #1234109-A
184th District Court

Dear Applicant:

Your post conviction application for Writ of Habeas Corpus was received and filed on 6-2-14. Article 11.07 of the Texas code of Criminal Procedure affords the State 15 days in which to answer the application after having been served with said application. After the 15 days allowed the State to answer the application, the Court has 20 days in which it may order the designation of issues to be resolved, if any. If the Court has not entered an order designating issues to be resolved within 35 days after the State having been served with the application, the application will be forwarded to the Court of Criminal Appeals for their consideration pursuant to Article 11.07, Sec. 3(c) of the Texas Code of Criminal Procedure.

The records of the office reflect the following:

**CAUSE NO.**     **PETITION FOR WRIT OF HABEAS CORPUS**     **DISPOSITION**

**All** future correspondence should indicate the above listed cause number.

Sincerely,

Brenda McNeil, Deputy
Criminal Post Trial

CC: District Attorney
      Judge, Presiding Court